AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| GLORIA NATAREN, individually and as Personal Representative of the Estate of K.N., and on behalf of all Statutory Beneficiaries,<br>*Plaintiff*<br>v.<br>The United States of America,<br>*Defendant* | ) ) ) ) ) | Civil Action No. 0:22-cv-03798-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ the plaintiff, Gloria Nataren, individually and as Personal Representative of the Estate of K.N., and on behalf of all Statutory Beneficiaries, take nothing of the defendant, The United States of America, and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted the defendant’s motion to dismiss.

Date: December 14, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*